## MOTION TO REOPEN CASE FOR LIMITED PURPOSE OF CLARIFICATION UNDER RULE 60(b)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

John Doe,

Plaintiff,

v.

United States of America,

Defendant.

Civil Action No. 1:26-cv-1837

## PLAINTIFF'S RULE 60(b) MOTION TO REOPEN FOR LIMITED PURPOSE OF CLARIFICATION

Plaintiff respectfully moves the Court to reopen this matter for the limited purpose of permitting the Court to address and clarify its prior denial of Plaintiff's request for sealing.

### 1. Procedural Background

1. Plaintiff filed this action seeking declaratory and injunctive relief concerning federal regulatory structure.
2. Plaintiff also sought sealing of filings due to the sensitive nature of the subject matter.
3. The Court denied sealing without a written explanation.
4. Plaintiff subsequently submitted a Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i).
5. Plaintiff now seeks limited reopening under Rule 60(b) solely to obtain clarification of the sealing denial so that Plaintiff may understand the basis of the ruling and preserve the ability to seek appellate review.

### 2. Legal Standard

Federal Rule of Civil Procedure 60(b) permits relief from a final judgment or order for "any other reason that justifies relief."

Reopening is appropriate where clarification is necessary to permit meaningful review or to correct procedural uncertainty.



RECEIVED

JUN 12 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

The D.C. Circuit requires courts to apply the balancing test of *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), when ruling on sealing. A denial of sealing ordinarily must include sufficient reasoning to allow review.

## 3. Basis for Relief

Reopening is warranted because:

- The Court's denial of sealing did not include an explanation applying the *Hubbard* factors.
- Without clarification, Plaintiff cannot determine whether reconsideration or appeal is appropriate.
- Limited reopening will not prejudice the United States, as no substantive litigation has occurred.
- Plaintiff seeks no alteration of the merits, only clarification of a procedural ruling.

## 4. Requested Relief

Plaintiff respectfully requests that the Court:

1. Reopen this case for the limited purpose of addressing the sealing issue;
2. Provide clarification or a written explanation of the basis for denying sealing, including application of the *Hubbard* factors;
3. Permit Plaintiff, if necessary, to file a Motion for Reconsideration or Notice of Appeal following clarification.

Respectfully submitted,

*Joseph Ramirez*